

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-12-00339-CV |
| IN THE INTEREST OF J. S., A CHILD, | § | Appeal from the |
| Appellant. | § | 65th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2003CM4710) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's motion for enlargement of time for all filings. Therefore, the Appellant has thirty days from the date of this order to advise the Court whether the Chapter 7 bankruptcy proceeding automatic stay applies or not to the instate matter and to retain appellate counsel.  NO FURTHER MOTIONS FOR EXTENSION OF TIME WILL BE CONSIDERED BY THIS COURT.

IT IS SO ORDERED this 20th day of March, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.